IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CLINTON JOHNSON**                                                                                      **PLAINTIFF**

**VS.**                                             **3:14-CV-00045-BRW**

**NORMAN MILLER,** *et al.*                                                                    **DEFENDANTS**

## ORDER

Plaintiff's unopposed[1] Motion to Dismiss (Doc. No. 25) is GRANTED.  Accordingly, this case is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 24th day of September, 2014.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Although Defendants have not formally responded, they have informed my staff that they have no objection to dismissal.